NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID DEAN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Intervenor.*

---

2014-3026

---

Petition for review of the Merit Systems Protection Board in No. AT-3330-12-0696-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Merit Systems Protection Board moves to strike David Dean's corrected informal brief.  Dean opposes the motion.

2                                    DEAN v. MSPB

The court deems it the better course to deny the motion to strike Dean's corrected brief and to allow the Board and the Office of Personnel Management the opportunity to file corrected response briefs.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) The Board and OPM may file corrected response briefs within 14 days from the date of service of this order. Any reply brief shall be due within 14 days from that date.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19